Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 17−31464−RG
          Chapter: 13
          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John M Henao
   aka John M. Henao Gutierrez, aka John
   Henao
   295 Summer Street
   Passaic, NJ 07055

Social Security No.:
   xxx−xx−5930

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on November 16, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 10 − 8
Order Granting Motion to Extend Time to File Missing Schedules (Related Doc # 8). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/15/2017. Missing Schedules Due by 11/30/2017. (car)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 16, 2017
JAN: car

                                                                                    Jeanne Naughton
                                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-31464-RG
John M Henao                                                            Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin           Page 1 of 1           Date Rcvd: Nov 16, 2017
                        Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2017.
db              +John M Henao,    295 Summer Street,    Passaic, NJ 07055-3220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2017 at the address(es) listed below:
      Andrea Silverman    on behalf of Debtor John M Henao court@andreasilvermanlaw.com, r62214@notify.bestcase.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Rebecca Ann Solarz    on behalf of Creditor    First Guaranty Mortgage Corporation rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                TOTAL: 4