Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  17−31464−RG
          Chapter:  13
          Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John M Henao
   aka John M. Henao Gutierrez, aka John
   Henao
   295 Summer Street
   Passaic, NJ 07055

Social Security No.:
   xxx−xx−5930

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/4/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 4, 2017
JAN: slm

                                                Jeanne Naughton
                                                Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                          Case No. 17-31464-RG
John M Henao                                                    Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin              Page 1 of 1            Date Rcvd: Dec 04, 2017
                               Form ID: 148             Total Noticed: 6


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2017.
db             +John M Henao,    295 Summer Street,    Passaic, NJ 07055-3220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 04 2017 23:21:48      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 04 2017 23:21:45      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517136699      +EDI: CHRM.COM Dec 04 2017 22:58:00      Chrysler Capital,   PO Box 961275,
                 Fort Worth, TX 76161-0275
517188069       EDI: DISCOVER.COM Dec 04 2017 22:58:00      Discover Bank,   Discover Products Inc,
                 PO Box 3025,    New Albany Ohio 43054-3025
517136700       EDI: IRS.COM Dec 04 2017 22:58:00      Internal Revenue Service,
                 SBSE/Insolvency Unit of the IRS,   PO Box 330500-Stop 15,    Detroit, MI 48232
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517136701      KML Law Group, PC
517176403*    +CHRYSLER CAPITAL,    P.O. BOX 961275,   FORT WORTH, TX 76161-0275
                                                                                              TOTALS: 1, * 1, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2017 at the address(es) listed below:
              Andrea   Silverman    on behalf of Debtor John M Henao court@andreasilvermanlaw.com,
               r62214@notify.bestcase.com
              Marie-Ann  Greenberg     magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    First Guaranty Mortgage Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```